AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ **District of** __New York__

| | |
|---|---|
| Ivan Lopez | **CONSENT ORDER GRANTING** |
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| MNAF Pizzeria, INc. | CASE NUMBER: 1:18-cv-06033-ALC |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __MNAF Pizzeria, Inc.__ substitutes
(Party(s) Name)

__Christopher S. Martone, ESQ.__, State Bar No. __5015391__ as counsel of record in
(Name of New Attorney)

place of __Martin Phillip Skolnick__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Martone & Associates
    Address: 2500 Lemoine Avenue, Fort Lee, NJ 07024
    Telephone: (201) 944-5004     Facsimile (201) 334-5838
    E-Mail (Optional): martonelaw@gmail.com

I consent to the above substitution.
Date: 12/12/2018
    (Signature of Party(s))

I consent to being substituted.
Date: 12/12/2018
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/12/2018
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**