USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/26/2018

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Southern** District of **New York**

Ivan Lopez

Plaintiff(s),

V.

MNAF Pizzeria, INc.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:18-cv-06033-ALC

Notice is hereby given that, subject to approval by the court, **MNAF Pizzeria, Inc.** (Party(s) Name) substitutes **Christopher S. Martone, ESQ.** (Name of New Attorney), State Bar No. **5015391** as counsel of record in place of **Martin Phillip Skolnick** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Martone & Associates
- Address: 2500 Lemoine Avenue, Fort Lee, NJ 07024
- Telephone: (201) 944-5004    Facsimile: (201) 334-5838
- E-Mail (Optional): martonelaw@gmail.com

I consent to the above substitution.
Date: 12/12/2018

(Signature of Party(s))

I consent to being substituted.
Date: 12/12/2018

(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/12/2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 26, 2018

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]