**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
IVAN LOPEZ,                                                 :
                                                            :
                    Plaintiff,                              :       18-CV-6033 (ALC) (OTW)
                                                            :
          -against-                                         :       ORDER
                                                            :
MNAF PIZZERIA, INC., et al.,                                :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

Defendant's response to the Court's Order to Show Cause remains insufficient. By **November 27, 2019**, Defense counsel is directed to provide shipping documents, including the shipping label, demonstrating his attempts to provide discovery responses to Plaintiff in support of his response to the Court's order. (*See* ECF 69; ECF 70). The documents must show the tracking number for the package, the purportedly incorrect address it was shipped to, and the delivery date sought.

**SO ORDERED.**

                                                         *s/ Ona T. Wang*
Dated: November 22, 2019                                 **Ona T. Wang**
      New York, New York                           United States Magistrate Judge