USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 03/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW COURT**

------------------------------------------------------------------ x

| | |
|---|---|
| **IVAN LOPEZ and KEVIN CAMPOS,** | : |
| | : |
| Plaintiffs, | : |
| | :    18-cv-06033 (ALC) |
| -against- | : |
| | :    **ORDER SETTING** |
| **MNAF PIZZERIA, INC. and MUSA** | :    **CONFERENCE** |
| **NESHEIWAT,** | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    In accordance with the Opinion and Order issued on March 25, 2021, the Court will hold a status conference in this case on April 13, 2021 at 10:00 a.m. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **March 29, 2021**
               **New York, New York**

*/s/ Andrew L. Carter, Jr.*

      **ANDREW L. CARTER, JR.**
      **United States District Judge**