USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __04/13/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

IVAN LOPEZ and KEVIN CAMPOS,

                           **Plaintiffs,**

            **-against-**

MNAF PIZZERIA, INC. and MUSA NESHEIWAT,

                           **Defendants.**

------------------------------------------------------------------- x

**18-cv-06033 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

      The Court held a status conference in this case on April 13, 2021 at 3:00 p.m. In accordance with today's conference the parties are hereby ORDERED to submit a joint status report by no later than April 27, 2021 advising the Court whether they consent to a virtual bench trial and providing an update on the exchange of financial documentation.

      The parties shall meet and confer on the contents of the joint status report by no later than April 20, 2021 and shall exchange a draft of the joint status report by no later than April 23, 2021.

**SO ORDERED.**

**Dated:**      **April 13, 2021**
                **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**