# SAMUEL & STEIN

### ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___06/24/2021___

**DAVID STEIN**
dstein@samuelandstein.com

June 23, 2021

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007



Re:   **Lopez et al. v. MNAF Pizzeria Inc., et al.**
*Case Number 18-cv-6033 (ALC)(OTW)*

Dear Judge Carter:

We represent plaintiffs in the above-referenced case, and write to request an extension of time to file the joint pretrial order in this case; pursuant to Your Honor's Order of May 24, 2021, it is due today.

We have been working to prepare the document (as well as the other pretrial submissions due alongside it), but the parties need some additional time. We would ordinarily seek a two week extension, but because of the intervening holiday weekend, we respectfully request three weeks, until July 14, to finalize and file these papers. We apologize for the lateness of this request, but we were hoping to hear back from defendants' counsel before we submitted this letter.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc: Christopher S. Martone, Esq. (via ECF)

**Defendants are hereby ORDERED to respond to Plaintiffs' request by no later than June 28, 2021.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2021