```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  08/04/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IVAN LOPEZ, et al.,**

              **Plaintiffs,**

      -against-

**MNAF PIZZERIA, INC., et al.,**

              **Defendants.**

**18-cv-6033 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 24, 2021, the Court ordered the parties to file a joint pretrial order ("JPTO") by no later than June 23, 2021. ECF No. 107. On June 23, 2021, Plaintiffs filed a letter requesting an extension of time through July 14, 2021 to finalize and file the JPTO and noted that they had not heard back from Defendants' counsel regarding this request. ECF No. 108. The following day, the Court ordered Defendants to respond to Plaintiffs' request by no later than June 28, 2021. ECF No. 109.

To date Defendants have not responded, nor have the parties filed a JPTO. Accordingly, the parties are hereby ORDERED to submit a joint status report by no later than August 11, 2021.

The Clerk of Court is respectfully directed to terminate ECF No. 108.

**SO ORDERED.**

**Dated:**     **August 4, 2021**
              **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**