UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/21/2021
```

IVAN LOPEZ, et al.,

                **Plaintiffs,**

-against-

MNAF PIZZERIA, INC., et al.,

                **Defendants.**

18-cv-6033 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' letters dated December 20, 2021 and December 21, 2021. The Court will hold a status conference in this action on **Wednesday, December 29, 2021 at 12:00PM Eastern Time**. All Parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:    December 21, 2021
               New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**