

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

May 25, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/26/2022

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**MEMO ENDORSED**

Re: **Lopez et al. v. MNAF Pizzeria Inc., et al.**
*Case Number 18-cv-6033 (ALC)(OTW)*

Dear Judge Carter:

We represent plaintiffs in the above-referenced case, and we write in response to Your Honor's Order of today's date scheduling the trial in this case for June 15, 2022. That Order reminds the parties to review Your Honor's Individual Practices on non-jury trials and comply with all deadlines therein.

In reviewing those deadlines, we see that they require that certain submissions, as specified in Paragraph 4.B., be made 21 days before the date of commencement of trial. However, we note that 21 days in advance of the trial date would be today. Plaintiffs would respectfully request a brief extension, until Tuesday, May 31, 2022, to submit those documents.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

David Stein

Enc.

cc: Christopher S. Martone, Esq. (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 5/26/2022