USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN LOPEZ, et al.,

                            **Plaintiffs,**

-against-

MNAF PIZZERIA, INC., et al.,

                            **Defendants.**

18-cv-6033 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The telephonic pretrial conference scheduled for June 3, 2022 is hereby **ADJOURNED**. The parties are directed file a status report by **June 3, 2022** regarding their availability for a three-day bench trial.

**SO ORDERED.**

Dated:    May 31, 2022
             New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**