```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
IVAN LOPEZ and KEVIN CAMPOS,                 :
                                             :
                        Plaintiffs,          :
                                             :          18-cv-06033 (ALC)
        -against-                            :
                                             :          ORDER
                                             :
MNAF PIZZERIA, INC. and MUSA                 :
NESHEIWAT,                                   :
                                             :
                        Defendants.          :
------------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference on **March 28, 2023 at 2:00 PM Eastern Time.** All parties shall appear and should contact the Court **at 1-888-363-4749 (access code: 3768660)**

**Dated: March 27, 2023**
   **New York, New York**

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**