USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

IVAN LOPEZ and KEVIN CAMPOS,

                                 Plaintiffs,

    -against-

MNAF PIZZERIA, INC. and MUSA NESHEIWAT,

                                Defendants.

------------------------------------------------------------------- x

18-cv-06033 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Defendants' letter explaining counsel will be unavailable all day on March 28, 2023. ECF No. 138. The Court had originally scheduled a telephonic conference for March 28, 2023 at 2:00 PM Eastern Time. The conference is hereby **ADJOURNED** until **March 30, 2023 at 3:30 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**

**Dated: March 27, 2023**
       **New York, New York**

                                                       **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**