```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
IVAN LOPEZ and KEVIN CAMPOS,

                        **Plaintiffs,**

     -against-

MNAF PIZZERIA, INC. and MUSA NESHEIWAT,

                        **Defendants.**
-------------------------------------------------------------------- x

18-cv-06033 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

        On March 30, 2023 the Court ordered Plaintiffs to submit a damages calculation on or by April 20, 2023. The Court also directed the Plaintiffs to follow this deadline if they wished to move for attorney's fees. To date, Plaintiffs have failed to submit either a damages calculation or a motion for attorney's fee. The Court will *sua sponte* extend the parties' deadlines.

        Therefore, the Plaintiffs are ordered to submit a damages calculation on or by **May 1, 2023**. Defendants may file a response on or by **May 22, 2023**, noting any differences they may have. The damages calculation may rely only on the factual and legal findings made in the Court's opinion and order and may not introduce any new facts or legal arguments not raised before or during trial. If Plaintiffs move for attorney's fees, the parties are directed to adhere to the same deadlines set for the damages calculation.

**Dated: April 25, 2023**
       **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**