USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/3/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

IVAN LOPEZ and KEVIN CAMPOS,

                              **Plaintiffs,**

      -against-

MNAF PIZZERIA, INC. and MUSA NESHEIWAT,

                              **Defendants.**

---------------------------------------------------------------- x

18-cv-06033 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the Plaintiffs' motion for attorney's fees, ECF No. 143, and their damages calculation, ECF No. 142. In their memorandum of law in support of the motion for attorney's fees, Plaintiffs state that "[s]ummary judgment was granted in their favor on most points, and they recovered roughly two-thirds of their maximum possible damages as submitted to the Court as plaintiffs' portion of the pretrial order." ECF No. 144 at 2.

    Plaintiffs are hereby **ORDERED** to file a letter on or by **October 4, 2023** clarifying whether Plaintiffs have already received damages from the Defendants.

**Dated: October 3, 2023**
       **New York, New York**

                                                  */s/ Andrew L. Carter, Jr.*
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**